| | | | |
|---|---|---|---|
| First Nat'l Bank v. Trewin† | 2016AP001423 | 05–09–2017 | Affirmed |
| State v. Wisth† | 2016AP001484 CR | 05–24–2017 | Affirmed |
| Pulju v. Wisconsin DHS | 2016AP001511 | 05–16–2017 | Affirmed |
| Reilly v. Milshteyn† | 2016AP001567 | 05–31–2017 | Affirmed/ reversed/ remanded |
| State v. Stewart | 2016AP001581 CR | 05–04–2017 | Affirmed |
| State v. Ezrow† | 2016AP001611 CR | 05–25–2017 | Affirmed |
| State v. Ponfil | 2016AP002059 CR | 05–31–2017 | Affirmed |
| Crawford County v. E.K.†††† | 2016AP002063 | 05–18–2017 | Affirmed |
| Team Property Mgmt. LLC v. Reiss | 2016AP002163 | 05–24–2017 | Reversed and remanded |
| State v. Verkuylen† | 2016AP002364 | 05–18–2017 | Affirmed |
| City of Pewaukee v. Kennedy | 2016AP002383 | 05–17–2017 | Affirmed |
| State v. Forgue† | 2016AP002414 CR | 05–11–2017 | Affirmed/ reversed/ remanded |
| State v. Krueger | 2016AP002438 CR | 05–25–2017 | Reversed and remanded |
| State v. J. L. C.† | 2017AP000197 | 05–02–2017 | Affirmed |

† Petition to review filed.

†††† Petition to review dismissed.